*19KJ PG.2*

**POOR QUALITY ORIGINAL**

5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

*KEENAN BAILEY WILHITE #779594*

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If
you cannot list all plaintiffs in the space provided, please write "see attached" and if
names on an additional page.)

v.

*C/O WARREN*

_____

_____

_____

_____

_____

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants
in the space provided, please write "see attached" and list all names on an additional page.)

| |
|---|
| Case: 2:24-cv-12364 |
| Assigned To : White, Robert J. |
| Referral Judge: Ivy, Curtis, Jr |
| Assign. Date : 9/10/2024 |
| Description: PRIS WILHITE V WARREN (SH) |

**COMPLAINT**
*(Print Clearly)*

**I. Previous Lawsuits**

CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☒ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   *MICHIGAN EASTERN UNITED STATES COURT*

2. Is the action still pending? Yes ☒ No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

   _____

3. Did you appeal the decision? Yes ☐ No ☐

4. Is the appeal still pending? Yes ☐ No ☐

   a. If not pending, what was the decision on appeal? _____

   _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☒

   a. If so, explain: _____

   _____

- 2 -

(W.D. Mich. Form – Last Revised: September 2021)

II. Parties

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff KEENAN BAILEY WILHITE #779594

Place of Present Confinement (ICF) IONIA CORRECTIONAL FACILITY

Address 1576 WEST BLUEWATER HIGHWAY, IONIA, MI, 48846

Place of Confinement During Events Described in Complaint MACOMB CORRECTIONAL FACILITY

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 C/O WARRENER

Position or Title CORRECTIONAL OFFICER

Place of Employment (MRF) MACOMB CORRECTIONAL FACILITY

Address 34625 26 MILE RD

Official and/or personal capacity? OFFICIAL/ PERSONAL

Name of Defendant #2 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

- 3 -

(W.D. Mich. Form – Last Revised: September 2021)

III. Statement of Claim

State here the facts of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Do not include unrelated claims. Use as much space as you need. Attach extra sheets if necessary.

ON 5/24/24 I WAS IN SEGERGATION CELL #17 WAITING TO TRANSFER IT WAS OUR TIME TO SHOWER ON HIGH SIDE SEGERGATION, WHILE I WAS IN THE SHOWER TAKING MY SHOW IN PRIVACY BECAUSE IM (BID) WHICH IS TRANS-GENDER I LOOKED BACK TOWARDS THE SHOWER DOOR CAUSE I NOTICE THE CURTAIN MOVE THAT COVERS THE SHOWER DOOR TO GIVE PRISONERS THEIR PRIVACY AND WHEN I LOOKED BACK I SEEN OFFICER WARRENER LIFTING UP THE SHOWER CURTAIN PEEKING IN I SAID "WHAT ARE YOU DOING?" HE REPLIED "IT'S NOT FAT LIKE YOU SAID IT IS" I THEN ASKED THE OFFICER JOHN DOE WHO WAS WORKING WITH HIM FOR THE SGT WHEN PLACED IN MY CELL AFTER MY SHOWER SGT "JOHN DOE" CAME AND I ASKED TO FILE A PREA HE CAME WITH A STATEMENT FORM I TOLD HIM WHAT HAPPEN HE WROTE IT DOWN I SIGNED IT AND HE TURNED IT IN THIS OFFICER VIOLATED ME SEXUALLY IN MANY WAYS BY LIFTING THE CURTAIN UP WHILE I WAS SHOWERING AND MAKING THAT COMMENT HE DID THE CAMERA WOULD SHOW AND VALIDATE WHAT I'M SAYING BY HIM DOING THIS I FEARED HE WOULD CATER IN THE FUTURE SEXUALLY ABUSE ME BECAUSE HE MADE THAT COMMENT TO ME WHEN HE LIFTED MY SHOWER CURTAIN KNOWING IM A TRANSGENDER WOMAN

(W.D. Mich. Form - Last Revised: September 2021)

**IV. Relief**

State briefly and precisely what you want the court to do for you.

I WOULD LIKE THE COURTS TO GIVE ME MONETARY COMPENSATIONS FOR THE MENTAL DAMAGES HE CAUSED ME, AND I WILL LIKE THE COURTS TO SEE THAT THIS TYPE OF SITUATION WONT HAPPEN NO MORE TO ME OR TRANS-GENDERS LIKE ME ALSO I WOULD LIKE THE COURTS TO GRANT MONETARY COMPENSATION FOR THE STATE WO FAILED TO PROVIDE PROTECTION AND THE CRUEL AND UNUSUAL PUNISHMENT I ENDURED

**V. Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check ONE box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☒ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

9/2/24
**Date**

_____
**Signature of Plaintiff**

## NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(W.D. Mich. Form – Last Revised: September 2021)

KEENAN WHITE #779574
1570 W BLUEWATER HWY
IONIA, MI, 48846.

GRAND RAPIDS MI

5 SEP 2024 PM 6



US POSTAGE ™PITNEY BOWES

ZIP 48846
02 4W     $ 000.97⁰
0000376650 SEP 04 2024

UNITED STATES COURTHOUSE
231 W. LAFAYETTE BLVD
DETROIT, MI, 48226

48226-270099